[No. 7,327.—Department One.]
October 30, 1882.

## M. C. BATEMAN v. H. M. BLUMENTHAL.

APPEAL—DELAY—DAMAGES.

APPEAL from a judgment for the plaintiff, in the Fourth District Court in the City and County of San Francisco. EVANS, J.

*Alfred Rising*, for Appellant.

The delay, if any, in bringing this cause to a hearing is not due to any fault of the appellant. (C. C. P., § 957.)

*Michael Mullany*, for Respondent.

The COURT:

It is evident from the record in this cause that the appeal was taken for delay, and that there is no merit in the appeal.

Judgment affirmed with fifteen per cent. damages.